MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEDRO VALENTIN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:18-cv-02394-AC <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ, and that Plaintiff shall thereafter have an additional 30 days to file his reply. Defendant respectfully requests this extension of time because of an extremely heavy workload, included twelve other district court merits briefs, as well as a Ninth Circuit responsive brief, all due in March. In addition, this extension would place Plaintiff's reply time concurrent with three other hearings, and thus Plaintiff also respectfully requests that the reply time be extended.

1

1 | The new due date for Defendant's Motion for Summary Judgment will be Wednesday, April 3, 2019. Plaintiff's reply would then be extended 30 days, to Friday, May 24, 2019.

Date: *March 4, 2019*

Respectfully submitted,

Legal Services of Northern California

By: */s/ Kyle Kate Dudley\**
Kyle Kate Dudley
*\* By email authorization on March 4, 2019*
Attorney for Plaintiff

Date: *March 4, 2019*

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: *March 5, 2019*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ