MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEDRO VALENTIN, | ) Civil No. 2:18-cv-02394-AC |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **FOR A SECOND EXTENSION OF TIME** |
|     v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Defendant shall have a second extension of time of 15 days

to file her MSJ, and that Plaintiff's reply shall be extended accordingly from the current

deadline. Defendant respectfully requests this extension of time because a review of the record

and Plaintiff's MSJ indicates that this case may be appropriate for voluntary remand. This

additional time will permit the undersigned to communicate with the client regarding remand

authority.

1

The new due date for Defendant's Motion for Summary Judgment will be Thursday, April 18, 2019. Plaintiff's reply would then be due Monday, June 10, 2019.

Respectfully submitted,

Date: _April 3, 2019_____ Legal Services of Northern California

By: _/s/ Kyle Kate Dudley*_____
Kyle Kate Dudley
* *By email authorization on April 3, 2019*
Attorney for Plaintiff

Date: _April 3, 2019_____ MCGREGOR W. SCOTT
United States Attorney

By: _/s/ Michael K. Marriott_____
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: *April 4, 2019*

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ