MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEDRO VALENTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-02394-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 10 days to file her MSJ, and that Plaintiff's reply shall be extended accordingly from the current deadline. Defendant respectfully requests this extension of time because the review of the record and Plaintiff's contentions for defensibility are still ongoing, and involve somewhat unusual and technical issues, including a borderline age category situation in applying the Medical-Vocational Guidelines, and the evaluation of drug and alcohol materiality under SSR 13-2p.

1

1 | The new due date for Defendant's Motion for Summary Judgment will be Monday,
2 | April 29, 2019. Plaintiff's reply would then be due Thursday, June 20, 2019.

Respectfully submitted,

Date: *April 19, 2019*　　　　　　Legal Services of Northern California

By: */s/ Kyle Kate Dudley*　　　　　　
　　Kyle Kate Dudley
　　*\* By email authorization on April 19, 2019*
　　Attorney for Plaintiff

Date: *April 19, 2019*　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

By: */s/ Michael K. Marriott*　　　　　　
　　MICHAEL K. MARRIOTT
　　Special Assistant United States Attorney
　　Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: April 22, 2019

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ