LEGAL SERVICES OF NORTHERN CALIFORNIA
Wade Askew, State Bar No. 293236
Oliver Ehlinger, State Bar No.278281
1810 Capitol St
Vallejo, CA 94590
Telephone: (707) 643-0054
Fax: (707) 643-0144
oehlinger@lsnc.net

Attorneys for Plaintiff Pedro Valentin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VALENTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration,<br><br>        Defendant. | Case No. 2:18-cv-02394-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS REPLY BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of 15 days to file his reply to Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

//

//

//

//

Plaintiff's bases this request for an extension on the departure of Kyle Kate Dudley, the prior lead attorney for the Plaintiff in this matter, from Legal Services of Northern California. Plaintiff respectfully requests this extension of time to allow other named counsel additional time to review the record. This is Plaintiff's first request for an extension; Plaintiff's reply would be due on July 5, 2019.

Respectfully submitted,

Date: June 18, 2019                Legal Services of Northern California

By:   /s/ Oliver Ehlinger
Oliver Ehlinger
Attorney for Plaintiff

Date: June 18, 2019                MCGREGOR W. SCOTT
United States Attorney

By:   /s/ Jeffery Chen
JEFFERY CHEN*
*By email authorization on June 18, 2019*
Assistant Regional Counsel
Social Security Administration
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: June 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE