McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

PEDRO VALENTIN,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

No. 2:18-cv-02394-AC

STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously-filed Motion for Attorney's Fees, filed April 6, 2020, shall be withdrawn, and that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of TEN THOUSAND dollars ($10,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release

from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted April 7, 2020.

DATED: April 7, 2020  
*/s/ Oliver Ehlinger*  
OLIVER EHLINGER  
(as authorized by email)  
Attorney for Plaintiff

McGREGOR W. SCOTT  
United States Attorney

DATED: April 7, 2020     By  *s/ Daniel P. Talbert*  
DANIEL P. TALBERT  
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: April 7, 2020

_____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE